*The proposed Order was modified by the Court as set forth herein.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QWIKCUT, LLC, a Florida Limited Liability Company,<br><br>                 Plaintiff,<br><br>   v.<br><br>HUDL, INC.,<br><br>                 Defendant. | Case No. 2:26-CV-02334-CCC-SDA<br><br><br>**JOINT STIPULATION<br>AND ORDER** |

Plaintiff QwikCut, LLC ("Plaintiff"), and Defendant Hudl, Inc. ("Defendant"), respectfully submit this stipulation and proposed order regarding the case schedule in the above-captioned action;

WHEREAS, on March 5, 2026 Plaintiff commenced this action by filing a complaint within the CM/ECF system;

WHEREAS, on March 6, 2026 Plaintiff alerted the Court of a corporate name change of the Defendant (from "Agile Sports Technologies, Inc., d/b/a Hudl" to "Hudl, Inc.") and was instructed to file a letter to the Court enclosing a corrected complaint, and other initiating documents, utilizing the updated corporate name for the defendant on the caption and within the documents;

WHEREAS, on March 6, 2026 Plaintiff filed the letter and exhibits on this docket as ECF # 6;

1

WHEREAS, Defendant does not object to the relief requested in the pending letter to the Court to correct the initiating documents and Court Docket with the updated corporate name;

WHEREAS, Defendant has waived service of the complaint; and

WHEREAS, the parties have agreed on a briefing schedule for the anticipated filing of a Motion to Dismiss;

NOW THEREFORE, IT IS STIPULATED AND AGREED, subject to approval by the Court and parties through their undersigned counsel, as follows:

1.      Defendant has waived service of the complaint.

2.      With the consent of both parties, Plaintiff shall file an Amended Complaint updating the caption as proposed in ECF No. 6. The Amended Complaint shall be filed by **April 24, 2026**.

3.      The Court approves the following briefing schedule for the anticipated Motion to Dismiss:

| Date | Deadline |
| --- | --- |
| 6/15/2026 | Hudl to file Motion to Dismiss |
| 07/13/2026 | QwikCut to file Opposition to Motion to Dismiss |
| 07/27/2026 | Hudl to File Reply in Support of Motion to Dismiss |

Dated: April 16, 2026

RESPECTFULLY SUBMITTED,

/s/ Jennifer R. Scullion
David R. Buchanan
Jennifer R. Scullion
SEEGER WEISS LLP
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
Tel: 973-639-9100
Fax: 973-679-8656
dbuchanan@seegerweiss.com
jscullion@seegerweiss.com

Jeremy R. Kasha (New York Bar No.2947463)*
SEEGER WEISS LLP
100 Church Street 8th Floor
New York, New York 10007
Tel: 212-584-0700
Fax: 212-584-0799
jkasha@seegerweiss.com

Benjamin J. Widlanski (Florida Bar No. 1010644)*
bwidlanski@kttlaw.com
Jorge L. Piedra (Florida Bar No. 88315)*
jpiedra@kttlaw.com
Abe A. Bailey (Florida Bar No. 1010335)*
abailey@kttlaw.com
Brandon M. Sadowsky (Florida Bar No. 1052643)*
bsadowsky@kttlaw.com
KOZYAK TROPIN &
THROCKMORTON LLP
2525 Ponce de Leon Boulevard, 9th Floor
Miami, FL 33134
(305) 372-1800

Jeffrey L. Berhold*
Georgia Bar No. 054682
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
(404) 872-3800 (telephone)
jeff@berhold.com

3

**\* To Be Admitted Pro Hac Vice**

*Attorneys for Plaintiff*


/s/ Liza M. Walsh

Liza M. Walsh
Katelyn O'Reilly
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Tel: (973) 757-110
LWalsh@walsh.law
KOreilly@walsh.law
LMalakoff@walsh.law

Craig S. Primis, P.C. (*pro hac vice*
pending)
Luke P. McGuire (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 389-5000
craig.primis@kirkland.com
luke.mcguire@kirkland.com

Devora W. Allon, P.C. (*pro hac vice*
pending)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
devora.allon@kirkland.com

**Counsel for Defendant Hudl, Inc.**

4

5

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: April 16, 2026

*s/ Stacey D. Adams*

Hon. Stacey D. Adams, U.S.M.J.