# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| QWIKCUT, LLC,<br>*Plaintiff*,<br><br>v.<br><br>HUDL, INC.,<br><br>*Defendant*. | Case No. 2:26-CV-02334-CCC-SDA |

## DEFENDANT HUDL, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Hudl, Inc. in the above-captioned matter makes the following disclosure statement on behalf of Hudl, Inc.:

- Hudl, Inc. has no parent corporation.

- Nelnet Capital Strategies, Inc., a wholly owned subsidiary of Nelnet, Inc., owns 10% or more of Hudl, Inc.  No other publicly traded corporation owns 10% or more of Hudl, Inc.

Dated:    June 15, 2026        */s/ Liza M. Walsh*

                      Liza M. Walsh
                      Katelyn O'Reilly
                      Lauren R. Malakoff
                      WALSH PIZZI O'REILLY FALANGA LLP
                      Three Gateway Center
                      100 Mulberry Street, 15th Floor
                      Newark, New Jersey 07102
                      Tel.: (973) 757-1100
                      lwalsh@walsh.law
                      koreilly@walsh.law
                      lmalakoff@walsh.law

                      *Of Counsel:*
                      Devora W. Allon, P.C. (*pro hac vice*)
                      KIRKLAND & ELLIS LLP
                      601 Lexington Avenue
                      New York, NY 10022
                      Tel.: (212) 446-4800
                      devora.allon@kirkland.com

                      Craig S. Primis, P.C. (*pro hac vice*)
                      Luke P. McGuire (*pro hac vice*)
                      KIRKLAND & ELLIS LLP
                      1301 Pennsylvania Avenue, N.W.
                      Washington, DC 20004
                      Tel.: (202) 389-5000
                      craig.primis@kirkland.com
                      luke.mcguire@kirkland.com

                      *Counsel for Defendant Hudl, Inc.*