**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QWIKCUT, LLC,<br><br>               *Plaintiff,*<br><br>v.<br><br>HUDL, INC.,<br><br>               *Defendant.* | Case No. 2:26-CV-02334-CCC-SDA<br><br>Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. Stacey D. Adams, U.S.M.J.<br><br>**Return Date: July 20, 2026**<br><br>*Oral argument requested*<br><br>*Document electronically filed* |

**HUDL, INC.'S NOTICE OF**
**MOTION TO DISMISS PLAINTIFF'S AMENDED (CORRECTED)**
**COMPLAINT**

**TO:**   All Counsel

**COUNSEL:**

**PLEASE TAKE NOTICE** that Defendant Hudl, Inc. ("Hudl"), by and through its undersigned counsel, shall move before the Honorable  Claire C. Cecchi, U.S.D.J., at a date and time to be determined by the Court, at the Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing Plaintiff's Amended (Corrected) Complaint in this action with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Hudl will rely on its Memorandum in Support of Hudl, Inc.'s Motion to Dismiss, any

additional replies or submissions made hereafter, and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Hudl hereby requests oral argument.

Dated:  June 15, 2026

Respectfully submitted,

*/s/ Liza M. Walsh*

Liza M. Walsh
Katelyn O'Reilly
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100
lwalsh@walsh.law
koreilly@walsh.law
lmalakoff@walsh.law

*Of Counsel*:
Devora W. Allon, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800
devora.allon@kirkland.com

Craig S. Primis, P.C. (*pro hac vice*)
Luke P. McGuire (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 389-5000
craig.primis@kirkland.com
luke.mcguire@kirkland.com

*Counsel for Defendant Hudl, Inc.*

3